# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JARED SPOTTEDBEAR and JOANN SPOTTEDBEAR,<br><br>Plaintiffs,<br><br>v.<br><br>SEAN SHEAHAN, *et al.*,<br><br>Defendants. | Case No. 3:18-cv-00374-MMD-CBC<br><br>ORDER |

The Court received a letter dated May 29, 2019, from non-parties Joseph Barton and Paula Gloria Barton inquiring about a criminal case involving one of the plaintiffs in this civil case, Jered Spotted Bear.[1] (ECF No. 14.) This Court has no record of a criminal case involving Plaintiff Jered Spotted Bear. This is a civil case filed by Jered Spotted Bear and Joann Spotted Bear. The authors of the letter may wish to direct their inquiry to the appropriate state court.

Accordingly, the Court will take no action in connection with the May 29, 2019 letter, other than to order that the Clerk of the Court unseal the letter on the docket. The Clerk of the Court is also instructed to mail a copy of this order to the Bartons at the address listed in their letter.

DATED THIS 4th day of June 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff Jered Spotted Bear's name appears to have been misspelled on the docket as "Jared Spottedbear."