UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JERED LEE SPOTTED BEAR and JOANN SPOTTED BEAR, | Case No. 3:18-cv-00374-MMD-CBC |
| Plaintiff, | ORDER |
| v. | |
| SEAN SHEAHAN, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation ("R&R" or "Recommendation") of United States Magistrate Judge Carla B. Carry (ECF No. 17), recommending that the Court dismiss Plaintiffs Jared and Joann Spottedbear's first amended complaint ("FAC") (ECF No. 12) with prejudice and without leave to amend. Plaintiffs had until August 28, 2019 to file an objection. To date, no objection to the R&R has been filed. For this reason, and as explained below, the Court adopts the R&R and will dismiss Plaintiffs' FAC with prejudice and without leave to amend.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the Court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." *Id.* Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review

employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the Court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

While Plaintiff has failed to object to Judge Carry's recommendation dismiss the FAC with prejudice and without leave to amend, the Court will nevertheless conduct a *de novo* review. Judge Carry found that the FAC failed to state a claim because it contained vague, conclusory allegations without identifying a legal or factual basis for any particular legal claim. (*See* ECF No. 17 at 4-5.) Judge Carry also found that dismissal with prejudice and without leave to amend was appropriate due to futility. (*Id.* at 5.) Upon reviewing the FAC and the initial complaint, the Court agrees with Judge Carry.

It is therefore ordered that Judge Carry's Report and Recommendation (ECF No. 17) is adopted in full.

It is further ordered that Plaintiffs' first amended complaint (ECF No. 12) is dismissed with prejudice and without leave to amend.

It is further ordered that Plaintiffs' pending motion (ECF No. 13) is denied as moot.

The Clerk of Court is directed to enter judgment and close this case.

DATED THIS 5th day of September 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE